UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH on behalf of herself and all others similarly situated, ELISA STROFFOLINO on behalf of herself and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:23-cv-01003-JPH-KMB |
| ) ) | |
| APRIA HEALTHCARE LLC, ) ) | |
| Defendant. ) | |
| ----------------------------------------------------- | |
| RITA MAY, et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 1:23-cv-01072-JPH-KMB |
| ) | |
| APRIA HEALTHCARE LLC, ) ) | |
| Defendant. ) | |
| ----------------------------------------------------- | |
| CHAD HOHENBERRY, ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 1:23-cv-01074-JPH-KMB |
| ) | |
| APRIA HEALTHCARE LLC, ) ) | |
| Defendant. ) | |
| ----------------------------------------------------- | |
| VICTORIA THOMAS, ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 1:23-cv-01096-JPH-KMB |
| ) | |
| APRIA HEALTHCARE, LLC, ) ) | |
| Defendant. ) | |

1

-------------------------------------------------
SUZANNE CUYLE,                      )

                                 )

Plaintiff,                      )

                                 )

                  v.        )    No. 1:23-cv-01042-JPH-KMB

                                 )

APRIA HEALTHCARE, LLC,      )

                                 )

Defendant.                    )
-------------------------------------------------
LEONARDO DEPINTO,          )

                                 )

Plaintiff,                      )

                                 )

                  v.        )    No. 1:23-cv-01056-JPH-KMB

                                 )

APRIA HEALTHCARE LLC,       )

                                 )

Defendant.                    )
-------------------------------------------------
ROBERT N. HERRERA,          )

                                 )

              Plaintiff,   )

                                 )

                  v.        )    No. 1:23-cv-01031-JPH-KMB

                                 )

APRIA HEALTHCARE LLC,       )

                                 )

              Defendant.  )
-------------------------------------------------
PAUL KRAMER,              )

                                 )

              Plaintiff,   )

                                 )

                  v.        )    No. 1:23-cv-01066-JPH-KMB

                                 )

APRIA HEALTHCARE, LLC,      )

                                 )

              Defendant.  )
-------------------------------------------------
HEATH PATRICK HUMPHRIES, et al.,  )

                                 )

              Plaintiffs,  )

                                 )

                  v.        )    No. 1:23-cv-01147-JPH-KMB

2

APRIA HEALTHCARE, LLC,        )
        )
         Defendant.     )

---------------------------------------------------

ANTHONY BOYD,        )
        )
         Plaintiff,     )
        )
         v.     )    No. 1:23-cv-01085-JPH-KMB
        )
APRIA HEALTHCARE LLC,        )
        )
         Defendant.     )

---------------------------------------------------

CHRISTINE CURRY,        )
        )
         Plaintiff,     )
        )
         v.     )    No. 1:23-cv-01153-JPH-KMB
        )
APRIA HEALTHCARE, LLC,        )
        )
         Defendant.     )

---------------------------------------------------

B.B.,        )
        )
         Plaintiff,     )
        )
         v.     )    No. 1:23-cv-01187-JPH-KMB
        )
APRIA HEALTHCARE GROUP, LLC,        )
        )
         Defendant.     )

---------------------------------------------------

ILYA RABINOVICH,        )
        )
         Plaintiff,     )
        )
         v.     )    No. 1:23-cv-01205-JPH-KMB
        )
APRIA HEALTHCARE, LLC,        )
        )
         Defendant.     )

---------------------------------------------------

3

DEBBIE BOBBITT,                          )
                                         )
            Plaintiff,                   )
                                         )
        v.                               )     No. 1:23-cv-01166-JPH-KMB
                                         )
APRIA HEALTHCARE LLC,                    )
                                         )
            Defendant.                   )

## ORDER

The Court accepts Magistrate Judge Barr's recommendation, dkt. [44] to

procedurally close the following cases after consolidation:

1:23-cv-01072-JPH-KMB
1:23-cv-01074-JPH-KMB
1:23-cv-01096-JPH-KMB
1:23-cv-01042-JPH-KMB
1:23-cv-01056-JPH-KMB
1:23-cv-01031-JPH-KMB
1:23-cv-01066-JPH-KMB
1:23-cv-01147-JPH-KMB
1:23-cv-01085-JPH-KMB
1:23-cv-01153-JPH-KMB
1:23-cv-01187-JPH-KMB
1:23-cv-01205-JPH-KMB
1:23-cv-01166-JPH-KMB

Thus, the **Clerk is directed to procedurally close these cases**. All

deadlines and hearing settings are vacated, and all pending motions in this

matter are terminated without prejudice.

**SO ORDERED.**

Date: 9/25/2023

                                      _James Patrick Hanlon_
                                      James Patrick Hanlon
Distribution:                         United States District Judge
                                      Southern District of Indiana
All electronically registered counsel.